**Motion Granted and Order filed January 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-01017-CV
_____

**LAKES OF ROSEHILL HOMEOWNERS ASSOCIATION, INC., Appellant**

**V.**

**CYPRESS FIELDS CIVIC ASSOCIATION, INC., DAVID BRUCE JONES, GREGORY KASPAR, PATRICIA KASPAR, WENDELL BUDISALOVICH, ALICIA R. VYKOUKAL, DAVID W. VYKOUKAL, MARK J. WOJCIK, JOHN KELLY DICKSON, CORA NADINE DICKSON, RONNIE J. MONTGOMERY AND MARY J. MONTGOMERY, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2014-16762**

## ORDER

Appellant Lakes of Rosehill Homeowners Association, Inc., pursuant to section 51.014(f) of the Texas Civil Practices and Remedies Code, filed a petition for permission to appeal the following partial summary judgment orders signed by

the Honorable Jeff Shadwick of the 55th District Court, Harris County, Texas on October 13, 2016: (1) Order on Defendants Gregory Kaspar and Patricia Kaspar's First Amended Motion for Summary Judgment, and (2) Order on Defendants Mark J. Wojcik, David Vykoukal, Alicia Vykoukal, Ronnie Montgomery, and Mary Montgomery's No-Evidence Motion for Summary Judgment, as provided for by the trial court's order signed on November 29, 2016. *See also* Tex. R. App. P. 28.3.

Appellant's petition to appeal these two summary judgment orders is granted. The notice of appeal is deemed to have been filed as of the date of this order. Tex. R. App. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *Id.* A copy of this order shall be filed with the trial court clerk for the 55th District Court of Harris County, Texas. The appellate record must be filed in the appellate court within ten days after the date of this order. *See* Tex. R. App. P. 35.1(b).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.